UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christine Bradbury

v.                                                                  Civil No. 12-cv-485-JL

Equifax Information Services, LLC, et al

ENTRY OF DEFAULT AS TO
National Credit Adjusters, LLC and H&P Capital, Inc.

The above-named parties having failed to respond within the time and in the manner provided by Fed. R. Civ. P. 12, default is herewith entered as to those parties in accordance with Local Rule 55.1.

By May 10, 2013, the Plaintiff shall submit a motion for default judgment and, if appropriate under Fed. R. Civ. P. 55(b)(1), an affidavit specifying damages.  Unless notified by the court that the motion has been approved, a damages hearing will be held before Chief Judge Joseph N. Laplante on June 10, 2013 at 11:00 AM.

By the Court,

*/s/ James R. Starr*
James R. Starr
Clerk

Date: April 12, 2013

cc:   John F. Skinner , III, Esq.